IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAVBRKI DICKERSON,

    Petitioner,

v.                                       CASE NO. 4:11-cv-320-WS-GRJ

KENNETH S. TUCKER,

    Respondent.
_____/

## O R D E R

    This matter is before the Court on Doc. 14, Respondent's fourth Motion for Extension of Time to file a response to the Petition. Respondent requests a thirty day extension of time to respond due to the heavy workload in the Tallahassee Bureau office of the Attorney General.

    Accordingly, it is hereby **ORDERED**:

1. Respondent's Motion for Extension of Time, Doc. 14, is **GRANTED**.

2. Respondent shall have until **January 9, 2012**, to file a response to the petition.

3. Petitioner shall have until **February 8, 2012** to file a reply, if he so chooses.

**DONE AND ORDERED** this 12th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge